| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Sheridan Broadcasting Networks, Inc.** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **25-1314239** | |
| 4. | **Debtor's address** | **Principal place of business**  **960 Penn Avenue, Suite 400**  **Pittsburgh, PA 15222**  Number, Street, City, State & ZIP Code  **Allegheny**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: | |

Debtor  **Sheridan Broadcasting Networks, Inc.**                                        Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
__5151__

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                      Relationship to you _____
District _____    When _____    Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor **Sheridan Broadcasting Networks, Inc.**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Sheridan Broadcasting Networks, Inc.**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 1, 2016**
               MM / DD / YYYY

**X**   **/s/ Ronald R. Davenport**             **Ronald R. Davenport**
Signature of authorized representative of debtor     Printed name

Title   **CEO**

**18. Signature of attorney**

**X**   **/s/ Robert O Lampl**            Date **March 1, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**Robert O Lampl**
Printed name

**Robert O Lampl, Attorney at Law**
Firm name

**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone   **412-392-0330**     Email address

**19809**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sheridan Broadcasting Networks, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aftra Pension & Welfare**<br>PO Box 13673<br>Newark, NJ 07188 | | Business Debt | | | | $50,459.39 |
| **Aftra PGH Dues**<br>Penthouse Suite 2007<br>625 Stanwix Street<br>Pittsburgh, PA 15222 | | Business Debt | | | | $2,293.09 |
| **Alfred A. Edmonds, Jr.**<br>22 Shelley Terrace<br>West Orange, NJ 07052 | | Business Debt | | | | $15,000.00 |
| **American Broadcasting Company**<br>PO Box 10481<br>Newark, NJ 07193-0481 | | Business Debt | | | | $1,675.00 |
| **April Ryan James**<br>8911 Winands Road<br>Randallstown, MD 21133 | | Business Debt | | | | $653.98 |
| **Broadcast Electronics**<br>4100 N. 24th Street<br>Quincy, IL 62305 | | Business Debt | | | | $600.00 |
| **Brodegaard & Associates, LLC**<br>110 East 59th Street<br>23rd Floor<br>New York, NY 10022 | | Business Debt | | | | $59,043.03 |

Debtor **Sheridan Broadcasting Networks, Inc.**　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clark Hill Thorp Reed**<br>**301 Grant Street**<br>**14th Floor**<br>**One Oxford Center**<br>**Pittsburgh, PA 15219** | | **Business Debt** | | | | $315,744.90 |
| **Health Media Strategies, LLC**<br>**c/o Ian Smith**<br>**207 East Ohio Street, Ste #438**<br>**Chicago, IL 60611** | | **Business Debt** | | | | $5,833.33 |
| **Mario Armstrong Media, LLC**<br>**33 Turn Brook Court**<br>**Parkville, MD 21234** | | **Business Debt** | | | | $5,000.00 |
| **Mr. Master Inc.**<br>**28720 Roadside Drive, Ste #126**<br>**Agoura Hills, CA 91301** | | **Business Debt** | | | | $2,246.00 |
| **NBN Broadcasting, Inc.**<br>**112 West 34th Street, Suite 1401**<br>**New York, NY 10120** | | **Business Debt** | **Disputed** | | | $7,500,000.00 |
| **Neiman Marcus**<br>**2012 Corporate Lane**<br>**Suite 108**<br>**Naperville, IL 60563** | | **Business Debt** | | | | $2,000.00 |
| **New Vision Productions**<br>**9 Abbeywood Court**<br>**Nashville, TN 37215** | | **Business Debt** | | | | $39,200.00 |
| **Press Association Inc.**<br>**PO Box 414212**<br>**Boston, MA 02241** | | **Business Debt** | | | | $89,014.49 |
| **SAG-Aftra Cashier**<br>**PO Box 60513**<br>**City of Industry, CA 91716** | | **Business Debt** | | | | $3,429.21 |
| **Tanya Hart Communications**<br>**5548 Green Oak Drive**<br>**Los Angeles, CA 90068** | | **Business Debt** | | | | $23,333.31 |

Debtor **Sheridan Broadcasting Networks, Inc.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Transperfect Document Management Inc. Attn: Accounts Receivable Three Park Avenue, 39th Floor New York, NY 10016** | | **Business Debt** | | | | $5,378.78 |
| **Treasurer City of Pittsburgh Taxpayer Services 414 Grant Street, Room 205 Pittsburgh, PA 15219** | | **Business Debt** | | | | $778.62 |
| **Tyrone Miller 1309 Beechview Ave Pittsburgh, PA 15216** | | **Business Debt** | | | | $814.08 |

```
ADP
PO Box 7247-0372
Philadelphia, PA 19170-0372

Aftra Pension & Welfare
PO Box 13673
Newark, NJ 07188

Aftra PGH Dues
Penthouse Suite 2007
625 Stanwix Street
Pittsburgh, PA 15222

Alfred A. Edmonds, Jr.
22 Shelley Terrace
West Orange, NJ 07052

American Broadcasting Company
PO Box 10481
Newark, NJ 07193-0481

April Ryan James
8911 Winands Road
Randallstown, MD 21133

Broadcast Electronics
4100 N. 24th Street
Quincy, IL 62305

Brodegaard & Associates, LLC
110 East 59th Street 23rd Floor
New York, NY 10022

Bruce Williams
Audubon Station
PO Box 464
New York, NY 10032

Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60693

Charles Burchell
2075 Duncan Drive
Baton Rouge, LA 70802

Clark Hill Thorp Reed
301 Grant Street 14th Floor
One Oxford Center
Pittsburgh, PA 15219

CSC
PO Box 13397
Philadelphia, PA 19101
```

Hal Lamar
3215 Tallon Lane
Atlanta, GA 30311

Hamil Harris
7412 Long Branch Drive
Hyattsville, MD 20784

Health Media Strategies, LLC
c/o Ian Smith
207 East Ohio Street, Ste #438
Chicago, IL 60611

John McCann
11341-101 Involute Place
Raleigh, NC 27617

Jonas Chaney
1441 Sylvan Terrace
Pittsburgh, PA 15221

Keith Miles
3473 Gardenview Way
Tallahassee, FL 32309

Mario Armstrong Media, LLC
33 Turn Brook Court
Parkville, MD 21234

Mr. Master Inc.
28720 Roadside Drive, Ste #126
Agoura Hills, CA 91301

NBN Broadcasting, Inc.
112 West 34th Street, Suite 1401
New York, NY 10120

Neiman Marcus
2012 Corporate Lane
Suite 108
Naperville, IL 60563

New Vision Productions
9 Abbeywood Court
Nashville, TN 37215

Press Association Inc.
PO Box 414212
Boston, MA 02241

Ron Gerrard
1090 Via Capassi Way
Henderson, NV 89011

```
SAG-Aftra
Cashier
PO Box 60513
City of Industry, CA 91716

Tanya Hart Communications
5548 Green Oak Drive
Los Angeles, CA 90068

Tina Douglas
PO Box 83
Clarkdale, GA 30111

Transperfect Document Management Inc.
Attn: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Treasurer City of Pittsburgh
Taxpayer Services
414 Grant Street, Room 205
Pittsburgh, PA 15219

Tyrone Miller
1309 Beechview Ave
Pittsburgh, PA 15216
```