**EXHIBIT A**

Proposed Order

(Attached)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHERIDAN BROADCASTING NETWORKS, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-20722 (TPA) |
| NBN BROADCASTING, INC.,<br><br>                Movant,<br><br>    v.<br><br>SHERIDAN BROADCASTING NETWORKS, INC.,<br><br>                Respondent. | Document No. _____<br><br>Related to Document No. _____ |

**ORDER GRANTING MOTION OF NBN BROADCASTING, INC. TO FILE UNDER SEAL THE PRE-PETITION CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN NBN BROADCASTING, INC. AND SHERIDAN BROADCASTING NETWORKS, INC.**

Upon consideration of the *Motion of NBN Broadcasting, Inc. to File Under Seal the Pre-Petition Confidential Settlement Agreement Between NBN Broadcasting, Inc. and Sheridan Broadcasting Networks, Inc.* (the "Motion")[1], and the Court finding that it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. NBN is authorized to file the Settlement Agreement under seal pursuant to Bankruptcy Rule 9018 and Local Rule 5005-20.

3. The docket entry for the document filed under seal shall describe the document as follows: "Transcript of October 23, 2015 Hearing Before the United States District Court for the Western District of Pennsylvania Memorializing the Settlement Agreement Between Sheridan Broadcasting Networks, Inc. and NBN Broadcasting, Inc."

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2016

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge